# United States Court of Appeals for the Federal Circuit

————————————

October 19, 2017

## ERRATA

————————————

2016-1233

————————————

**SMART SYSTEMS INNOVATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**CHICAGO TRANSIT AUTHORITY, CUBIC CORPORATION, CUBIC TRANSPORTATION SYSTEMS, INC., CUBIC TRANSPORTATION SYSTEMS CHICAGO, INC.,**
*Defendants-Appellees*

————————————

Decided:  October 18, 2017
Precedential Opinion

————————————

Please note the following change:

On page 14, line 21, delete "not."